Commonwealth v. Armstead, Appellant.

Argued December 7, 1971. *Anne F. Johnson,* Assistant Defender, with her *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Judith Dean,* Assistant District Attorney, with her *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.